# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: <u>November   , 2013</u> |
| DANIEL PAUL ALTIERI | : | **VIOLATION:** |
| | | **18 U.S.C. § 922(g)(1) (convicted felon in** |
| | | **possession of a firearm- 1 count)** |
| | : | **Notice of forfeiture** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 29, 2013, in Coopersburg, in the Eastern District of Pennsylvania, defendant

### DANIEL PAUL ALTIERI,

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce, a firearm, that is, a Beretta, Model BU9 Nano, 9mm pistol, serial number NU082205 and two magazines.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

### DANIEL PAUL ALTIERI

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such offense, including, but not limited to:

A Beretta, Model BU9 Nano, 9mm pistol, serial number NU082205 and two magazines.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**ZANE DAVID MEMEGER**
**United States Attorney**